UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ROBERT PERROTON,<br><br>  Plaintiff,<br><br>  v.<br><br>LAURIE SMITH, Sheriff; et al.,<br><br>  Defendants. | No. C 11-2722 SI (pr)<br><br>**ORDER OF DISMISSAL** |

This *pro se* civil action was filed on June 6, 2011, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff later filed an application but it was incomplete in that it did not have attached to it the required certified copy of his inmate trust account statement. *See* 28 U.S.C. § 1915(a)(2). The application is DENIED as incomplete. (Docket # 5.) Plaintiff has not paid the filing fee or filed a completed *in forma pauperis* application, and the deadline by which to do so has passed. For the foregoing reasons, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. In light of the dismissal, the motion for judicial intervention is DISMISSED as moot. (Docket # 1.) The clerk shall close the file.

IT IS SO ORDERED.

Dated: September 12, 2011

_____
SUSAN ILLSTON
United States District Judge