**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JON ROBERT PERROTON,

    Plaintiff,

    v.

LAURIE SMITH, Sheriff; et al.,

    Defendants.
                                    /

No. C 11-2722 SI (pr)

**JUDGMENT**

    This action is dismissed without prejudice to plaintiff filing a new action for which he pays the filing fee or submits a completed in forma pauperis application at the time of filing.

    IT IS SO ORDERED AND ADJUDGED.

Dated: September 12, 2011

                                                          SUSAN ILLSTON
                                                       United States District Judge